No. 78–6204.  CLAYTON *v.* UNITED STATES, 441 U. S. 962;

No. 78–6318.  APONTE *v.* SECRETARY OF HEALTH, EDUCATION, AND WELFARE, 441 U. S. 934; and

No. 78–6416.  HARRISON *v.* ILLINOIS ET AL., 441 U. S. 949. Petitions for rehearing denied.